UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE JEAN-LOUIS,<br><br>      Plaintiff,<br><br>   -against-<br><br>MAYOR N.Y.C.,<br><br>      Defendant. | 24-CV-0498 (LTS)<br><br>ORDER DIRECTING ORIGINAL SIGNATURE |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

  Plaintiff is directed to resubmit the signature page of the complaint with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to this order.

  No answer shall be required at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 26, 2024
        New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JOE W JEAN-LOUIS )
KIRBY PSYCH CENTER )
102 RIVERS EDGE Rd ) COMPLAINT
N.Y.C. 10035 New York )
)
PLAINTIFF, )
-v- )
RESPONDENTS MAYOR N.Y.C. )

RECEIVED
SDNY PRO SE OFFICE
2024 JAN 22 PM 4:[?]

Comes now the Plaintiff in the above captioned matter into the Hon US District Court. Alledgeing gross negligence in behalf of the Respondent for not building underground nuclear fallout shelters at elementary schools, stockpiling food, water, medical supplies. And for not conducting mock-civil-defense emmergency evacuation disaster drills at elementary schools in N.Y.C.

Respectfully Submitted