UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE JEAN-LOUIS,<br><br>                               Plaintiff,<br><br>          -against-<br><br>MAYOR N.Y.C.,<br><br>                               Defendant. | 24-CV498 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 5, 2024
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge